UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HICA EDUCATION LOAN
CORPORATION

v.  Case No. 6:14-cv-1155-Orl-18GJK

KEVIN D. CORK,

---

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Hica Education Loan Corporation's Motion for Default Judgment (Doc. 14). Judge Kelly issued his Report and Recommendation on December 3, 2014 (Doc. 15). Having reviewed the Report and Recommendation (Doc. 15), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** HICA Education Loan Corporation's Motion for Default Judgment (Doc. 14).

3. The Clerk of the Court is **DIRECTED** to enter judgment as follows:

   a. Enter judgment in favor of Plaintiff HICA Education Loan Corporation and against Defendant Kevin D. Cork in the principal amount of $21,367.80;

   b. Award Plaintiff HICA Education Loan Corporation prejudgment interest from September 19, 2014, to the date of the judgment at the rate of $1.77 per day; and

   c. Award HICA Education Loan Corporation post-judgment interest at the contractual rate set forth in the Note (Doc. 1-1 at 2), which is stated as a variable

-2-

rate calculated by the Secretary of the Department of Health and Human Services for each calendar quarter, and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three (3) percent, rounding this figure up to the nearest one-eight (1/8) of one (1) percent.

**DONE** and **ORDERED** in Orlando, Florida on this \_\_\_5\_\_\_ day of January, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party